

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00402-CR

PAULA FAYE NETTER                                                    APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

## POST-ABATEMENT MEMORANDUM OPINION[1]

----------

Appellant Paula Faye Netter appealed her conviction for bail jumping. Specifically, she challenged the restitution ordered as part of her sentence. In a memorandum opinion and order of abatement, we overruled Appellant's first issue, sustained her third issue requesting abatement, and abated the appeal remanding the case to the trial court for a determination of the appropriate amount of restitution. *See* Tex. R. App. P. 44.4; *Barton v. State*, 21 S.W.3d 287,

---

[1]*See* Tex. R. App. P. 47.4.

290 (Tex. Crim. App. 2000). The trial court conducted a hearing and determined that no restitution should be ordered in the bail-jumping case. Based on these facts, we sustain Appellant's second issue challenging the inclusion of the restitution amount, and modify the trial court's judgment in the bail-jumping case to delete the $20,803.79 restitution amount. As modified, we affirm the trial court's judgment. *See* Tex. R. App. P. 43.2(b).

LEE GABRIEL
JUSTICE

PANEL: GARDNER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 30, 2013